IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL HIGGINS, as Personal
Representative of the Estate of
GEORGE LEICHTLE,

      Plaintiff,

v.          No. 1:13-cv-00931-RHS-KBM

UNITED STATES OF AMERICA,

      Defendant.

## STIPULATED DISMISSAL

Plaintiff, through counsel, FINE LAW FIRM (Mark D. Fine and Charlotte L. Itoh), pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulates to the dismissal with prejudice of all claims that were or could have been brought in this matter against Defendant.

Respectfully submitted,

 /s/ Charlotte Itoh
Mark D. Fine
Charlotte L. Itoh
Fine Law Firm
220 Ninth Street NW
Albuquerque, New Mexico 87102
Telephone: (505) 243-4541
Facsimile: (505) 242-2716
*Attorneys for Plaintiff*

Approved by:

 Approved via email on 4/14/14
Ruth Fuess Keegan
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
*Attorneys for Defendant*

2

I HEREBY CERTIFY that on the 14th day of April, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel or parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ruth Fuess Keegan
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103

  /s/ Charlotte L. Itoh